**Electronically Filed
Supreme Court
SCWC-20-0000704
02-NOV-2023
08:13 AM
Dkt. 13 ODAC**

SCWC-20-0000704

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

WELLS FARGO BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR
STRUCTURED ASSET SECURITIES CORPORATION MORTGAGE LOAN TRUST
2007-BC1, PASS-THROUGH CERTIFICATES, SERIES 2007-BC1,
Respondent/Plaintiff-Appellee,

vs.

DAVID AUREO SALVADOR CORDERO and MARY TAN LLANOS CORDERO,
Petitioners/Defendants-Appellants,

and

WAIʻALAE GOLF COURSE COMMUNITY ASSOCIATION,
Respondent/Defendant-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000704; CASE NO. 1CC141002257)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., McKenna and Eddins, JJ., and Circuit Judges Cahill and Nakamoto, assigned by reason of vacancies)

Petitioners David Aureo Salvador Cordero and Mary Tan Llanos Cordero's Application for Writ of Certiorari, filed on September 29, 2023, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 2, 2023.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Peter T. Cahill

/s/ Henry T. Nakamoto



2